■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN FACEN, Appellant. (Appeal No. 3.) [888 NYS2d 456]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered August 18, 1999. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Facen* (67 AD3d 1478 [2009]). Present—Hurlbutt, J.P., Martoche, Smith, Carni and Pine, JJ.